## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alison M. Lorence,                                     Civil No. 09-473 (DWF/SRN)

        Plaintiff,

v.                                                   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Michael J. Astrue,
Commissioner of Social Security,

        Defendant.

---

Fay E. Fishman, Esq., Peterson & Fishman, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Susan Richard Nelson. Defendant filed a response to the R&R on April 13, 2010, (Doc. No. 33) stating he had no objections to the R&R and Plaintiff filed a response to the R&R on April 13, 2010 (Doc. No. 34), stating she had no objections to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Petition for Attorney's Fees (Doc. No. [25]) be **GRANTED n part and DENIED in part**, and that Plaintiff be awarded $9,094.27 in fees under the EAJA.

Dated: April 19, 2010             s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge